IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01797-WYD-MEH

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY; and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiffs,

v.

RIVIERA ELECTRIC LLC; and
POWER MAINTENANCE INTERNATIONAL, INC.,

    Defendants.

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(1)(1)(ii) of all claims against Defendant Power Maintenance International, Inc. [# 41].  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiffs' claims against the Defendant Power Maintenance International, Inc. should be **DISMISSED WITH PREJUDICE**.

This dismissal with prejudice is not intended as a dismissal of any of Plaintiffs' claims against Riviera Electric, LLC.  This dismissal with prejudice is not intended as a waiver of the remaining Defendant to designate the dismissed party as a non-party at fault should the remaining Defendant determine to designate the dismissed party Power Maintenance International, Inc.

THEREFORE IT IS ORDERED as follows:

The Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(1)(1)(ii) of all claims against Defendant Power Maintenance International, Inc. is **APPROVED**; and that Plaintiffs' claims against Defendant Power Maintenance International, Inc. are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  October 16, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel  
                                      Wiley Y. Daniel  
                                        U. S. District Judge