IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01797-WYD-MEH

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiffs,

v.

RIVIERA ELECTRIC LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 25, 2007.**

    Defendant's unopposed Motion for Leave to Take Depositions [Filed January 23, 2007; Docket #63] is **granted**. The parties may take the depositions of David L. Jones and John A. Palmer on February 21, 2007.