IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01797-WYD-MEH

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiffs,

v.

RIVIERA ELECTRIC LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

Based on the settlement agreement reached in this case, Defendant's Motion for Leave to File Designation of Nonparties [Filed January 16, 2007; Docket #61] is **denied without prejudice**.