IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01797-WYD-MEH

THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiffs,

v.

RIVIERA ELECTRIC LLC,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties Stipulated Motion to Dismiss All Claims With Prejudice Pursuant to F̲ED̲. R. C̲IV̲. P. 41(a)(1) against Defendant Riviera Electric, LLC. [# 70], filed February 14, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiffs' claims against the Defendant Riviera Electric, LLC should be DISMISSED WITH PREJUDICE.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss All Claims With Prejudice Pursuant to F̲ED̲. R. C̲IV̲. P. 41(a)(1) against Defendant Riviera Electric, LLC. [# 70] is **APPROVED**; and that Plaintiffs' claims against Defendant Riviera Electric, LLC are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: February 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge